UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:23-CV-12685

MEREDITH O'NEIL, JESSICA
SVEDINE, DEANNA CORBY, NICK
ROCCO, JENNA ROCCO, AND ROBERTO
SILVA,
        Plaintiffs,

v.

CANTON POLICE DEPARTMENT, THE
TOWN OF CANTON, MASSACHUSETTS,
HELENA RAFFERTY, as Chief of the Canton
Police Department and in her personal capacity,
and OFFICER ROBERT ZEPF, OFFICER MICHAEL
CHIN, OFFICER ANTHONY PASCARELLI, and
SARGEANT JOSEPH SILVASY, in their official
Capacities,
        Defendants.

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)

NOW COMES the Defendants, Town of Canton, Helena Rafferty, Robert Zepf, Micheal Chin, Anthoney Pascarelli, and Joseph Silvasy, and hereby move this Honorable Court to allow their Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c).

As grounds therefore, Defendants have attached a Memorandum of Law in support of said Motion.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1 (d) the Defendants requests this Court schedule a hearing on this motion.

Respectfully submitted,
DEFENDANTS
By their Attorneys,

*/s/   Joseph Mongiardo*
Douglas I. Louison (BBO# 545191)
dlouison@lccplaw.com

1

Joseph A. Mongiardo (BBO# 710670)<br>
jmongiardo@lccplaw.com<br>
Manuel D. Soza (BBO# 713907)<br>
msoza@lccplaw.com<br>
Louison, Costello, Condon & Pfaff, LLP<br>
Ten Post Office Square, Suite 1330<br>
Boston, MA 02109<br>
(617) 439-0305

## RULE 7.1 CERTIFICATE

I, Joseph A. Mongiardo, certify that I have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion with the counsel of the other captioned parties.

*/s/ Joseph Mongiardo*

Joseph A. Mongiardo

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 19, 2024.

*/s/ Joseph Mongiardo*
Joseph A. Mongiardo

2