**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MEREDITH O'NEIL, JESSICA SVEDINE, DEANNA CORBY, and ROBERTO SILVA, <br><br> Plaintiffs, <br><br> v. <br><br> CANTON POLICE DEPARTMENT, the TOWN OF CANTON, MASSACHUSETTS, HELENA RAFFERTY, as Chief of the Canton Police Department and in her personal capacity, and OFFICER ROBERT ZEPF, OFFICER MICHAEL CHIN, OFFICER ANTHONY PASCARELLI, and SERGEANT JOSEPH SILVASY, in their official and individual capacities, <br><br> Defendants. | Civil Action No. 1:23-cv-12685-DJC <br><br> **NOTICE OF ERRATA** |

On May 18, 2024, Plaintiffs filed a document entitled "Consent Motion to Stay Pending Appeal" (ECF No. 45). At the time, Plaintiffs believed that the representations made therein as to the position of Defendants was accurate. Plaintiffs have since been advised otherwise. Specifically, counsel for Defendants states:

> Defendants do not consent to this motion being filed as your filing reflects. While we did discuss Defendants not pursuing a motion to compel at this time and holding off on further discovery until the appeal is concluded our stance is that we still want our pending motion for judgment on the pleadings to be heard as soon as possible.

In light of the foregoing, the motion should not be deemed a "Consent" motion, and the Court should, of course, ensure Defendants have a full and fair opportunity to respond. Nevertheless, Plaintiffs believe a stay pending appeal is in the best interest of judicial economy.

Dated: June 20, 2024.　　　　　Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman, BBO# 666053
jmw@randazza.com
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay M. Wolman
Jay M. Wolman