UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:23-CV-12685-DJC

MEREDITH O'NEIL, JESSICA
SVEDINE, DEANNA CORBY, NICK
ROCCO, JENNA ROCCO, AND ROBERTO
SILVA,
        Plaintiffs.

v.

CANTON POLICE DEPARTMENT, THE
TOWN OF CANTON, MASSACHUSETTS,
HELENA RAFFERTY, as Chief of the Canton
Police Department and in her personal capacity,
and OFFICER ROBERT ZEPF, OFFICER MICHAEL
CHIN, OFFICER ANTHONY PASCARELLI, and
SERGEANT JOSEPH SILVASY, in their official
Capacities,
        Defendants

## JOINT STATEMENT OF PROPOSED SCHEDULE

The Plaintiffs, Meredith O'Neil, Jessica Svedine, Deanna Corby, and Roberto Silva, and the Defendants, Town of Canton, Helena Rafferty, Robert Zepf, Michael Chin, Anthony Pascarelli, and Joseph Silvasy, (collectively "the Parties") hereby submit the following proposed scheduling order pursuant to this Court's October 18, 2024 order. (Doc. No. 51). The proposed schedule is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay. Counsel for the Plaintiffs and counsel for the Defendants have conferred and submit the following proposed timeline for discovery and motion practice:

### TIMETABLE FOR DISCOVERY AND MOTION PRACTICE

1. **Pending Motion for Judgment on the Pleading.** This Court will set a date for oral argument as soon as practicable for hearing Defendants' pending motion for judgment on the pleading.

2. **Fact Discovery.**

    a.    All answers to written discovery from previously served requests to be produced by December 1, 2024.

    b.    All depositions, other than expert depositions, must be completed by April 3, 2025.

    c.    All discovery, other than expert discovery, must be completed by April 3, 2025.

3. **Obligation to Supplement.** Supplemental disclosures under Fed. R. Civ. P. 26(e) shall be made promptly after the receipt of information by the party or counsel and, in any event, no later than the completion of fact discovery, unless good reason can be shown for why such information was not available.

4. **Close of Fact Discovery Status Conference.** A status conference will be held on or about the end of fact discovery.

5. **Expert Discovery.**

    a.    Plaintiff(s)' trial expert(s) must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by May 30, 2025.

    b.    Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by June 30, 2025.

    c.    Trial experts must be deposed by July 30, 2025.

6. **Dispositive Motions.** Dispositive motions, such as motions for summary judgment or partial summary judgment, must be filed by August 30, 2025.

    Respectfully Submitted,

    FOR THE PLAINTIFFS
    Meredith O'Neil, Jessica Svedine, Deanna Corby, and Roberto Silva,

    */s/ Jay M. Wolman*
    Marc J. Randazza, BBO# 651477
    mjr@randazza.com ecf@randazza.com

Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

FOR THE DEFENDANTS,

Canton Police Department, The
Town of Canton, Massachusetts,
Helena Rafferty, As Chief of The Canton
Police Department and in Her Personal Capacity,
and Officer Robert Zepf, Officer Michael Chin, Officer
Anthony Pascarelli, and Sergeant Joseph Silvasy, in
Their Official Capacities,

By its attorney,

*/s/ Joseph Mongiardo*
Douglas I. Louison, Esq., BBO #545191
dlouison@lccplaw.com
Joseph A. Mongiardo, Esq., BBO #710670
jmongiardo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) on October 31, 2024.

*/s/ Joseph Mongiardo*
Joseph A. Mongiardo

3